July 02, 2010

Mr. David C. Myers
Jackson Walker L.L.P.
901 Main Street, Suite 6000
Dallas, TX 75202

Mr. Wm. Charles Bundren
Wm. Charles Bundren & Associates, P.C.
2591 Dallas Parkway; Ste. 300
Frisco, TX 75034
Mr. William M. Boyd
Boyd Veigel, P.C.
P. O. Box 1179
Mc Kinney, TX 75070

Mr. Bryan Hillary Burg
Siebman Reynolds Burg
Phillips & Smith LLP
300 North Travis Street
Sherman, TX 75090

RE: Case Number: 09-0345
 Court of Appeals Number: 05-07-01765-CV
 Trial Court Number: 380-2984-07

Style: QUIXTAR INC.
 v.
 SIGNATURE MANAGEMENT TEAM, LLC, D/B/A TEAM

Dear Counsel:

 Today the Supreme Court of Texas issued an opinion in the above-
referenced cause. You may obtain a copy of the opinion at:
http://www.supreme.courts.state.tx.us/historical/recent.asp. If you would
like the opinion by email, please contact Claudia Jenks at
claudia.jenks@courts.state.tx.us or call (512)463-1312 ext. 41367.
(Justice Hecht and Justice Lehrmann not sitting)

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosure
|cc:|Ms. Hannah |
| |Kunkle |
| |Ms. Lisa Matz |